IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JESSE CRUZEN, a minor, by and through William and Carla Cruzen, and WILLIAM and CARLA CRUZEN**, <br><br> Plaintiffs, <br><br> vs. <br><br> **THE SPORTS AUTHORITY, and John Doe, On-Duty Manager of The Sports Authority,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. **03-547-CJP** |

## ORDER

**PROUD, Magistrate Judge:**

The Court has been advised by counsel that the above-captioned action has been settled.

**IT IS HEREBY ORDERED** that this action is dismissed <u>without prejudice</u>, without costs, and with the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

The dismissal will be <u>with prejudice</u> sixty days after the date of this Order. The Court retains jurisdiction over this matter for purposes of settlement enforcement.

Judgment shall enter accordingly.

**IT IS SO ORDERED.**

DATED: August 11, 2005.

<u>s/ Clifford J. Proud</u>
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE
