IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JESSE CRUZEN, a minor, by and through William and Carla Cruzen,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| -vs- | )   NO. 03-547-CJP |
| **THE SPORTS AUTHORITY and JOHN DOE, On Duty Manager of the Sports Authority,** | )<br>)<br>) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on August 11, 2005 (Doc. 65), the above-captioned action is **DISMISSED** with prejudice.

**Dated: December 1, 2005**

**Norbert G. Jaworski**

**By:   S/Angie Vehlewald**
                  **Deputy Clerk**

**Approved:   S/Clifford J. Proud**
        **Clifford J. Proud**
        **United States Magistrate Judge**